# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### DOCKET NOS. 1:09-CV-00239-W
### 1:09-CV-440

| | |
|---|---|
| BRIAN E. ROOT, PHILIP SCHUB, DIANE DESMOND, ROBERT E. MOREY, MARIETA MOREY, THOMAS M. SCHUETT, RUTH A. SCHUETT, DAVID L. SEEKINS, SHARON E. SEEKINS, and THOMAS E. FINNERAN, <br><br> Plaintiffs, <br><br> v. <br><br> GENERATIONS LAND COMPANIES, LLC, TERRY SETZER, LEE SETZER, BRENT MILLER, WACHOVIA BANK, N.A., UNITED COMMUNITY BANK (Georgia), BLUE RIDGE APPRAISERS, JUDY CLARK, NANCY DECKER, MOUNTAIN MEADOW PROPERTIES AND APPRAISALS, BRANDON SPEAKS, BAKER APPRAISAL SERVICES, INC., JOHN BAKER BLOWING ROCK APPRAISAL COMPANY, and DAVID G. CLYDE, <br><br> Defendants. | ORDER |

**THIS MATTER** is before the Court on the Consent Motion to Consolidate and to Modify the Case Management Order (Doc. No. 152). For the reasons stated in the unopposed motion and pursuant to Rule 42 of the Federal Rules of Civil Procedure, the motion is GRANTED and the two matters (1:09-cv-239; 1:09-cv-440) shall be consolidated into the earlier-filed case 1:09-cv-239. All previously entered orders in 1:09-cv-239 shall govern this case (including this Court's standing orders), and counsel should review those accordingly.

For the reasons stated in the consent motion, the Pretrial Order and Case Management Plan (Doc. No. 146) shall be modified to reflect the following new deadlines[1] (all other portions, including the substantive portions contained therein shall remain the same):

<div style="border: 1px solid black;">

**DEADLINES AT A GLANCE**

**Expert Reports:**
    Party w/ Burden of Proof    September 29, 2010
    Opposition    October 27, 2010
    Rebuttal    November 29, 2010
**Discovery Completion:**    December 13, 2010
**ADR:**    December 18, 2010
**Dispositive Motions (filed):**    January 10, 2010
**Dispositive Motions (hearing):**    Week of April 4-8, 2011
**Pretrial Submissions:**    7 calendar days before FPC
**Final Pretrial Conference (FPC):**    Week of April 25-29, 2011
**Trial Setting:**    Term beginning May 9, 2011

</div>

IT IS SO ORDERED.

Signed: July 26, 2010

Frank D. Whitney
United States District Judge

---

[1] The hearing, conference, and trial dates proposed by the parties in their motion did not correspond to the Court's scheduled court calendar as set by the Clerk's office. See 3:07-mc-47 (Doc. No. 1). The Court has therefore adjusted those dates accordingly.